PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN, MN SBN 310931
ASSISTANT UNITED STATES TRUSTEE
PHILLIP J. SHINE, CA SBN 318840
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
450 Golden Gate Ave., Rm. 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Telecopier: (415) 705-3379
Email: *Phillip.shine@usdoj.gov*

Attorneys for Peter C. Anderson
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In reKAREN DC HAO,Debtor. | Case No. 25-30906 DM<br>Chapter 7<br>Date: March 13, 2026<br>Time: 10:00 a.m.<br>Place: In Person (Courtroom 17) or Zoom |

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S
MOTION TO EXTEND TIME TO FILE MOTION OR COMPLAINT
<u>UNDER 11 U.S.C. §§ 707(b)(3) AND 727 TO JUNE 9, 2026</u>**

**PLEASE TAKE NOTICE** that a hearing will be held on March 13, 2025, at 10:00 a.m., before the Honorable Dennis Montali, in-person (at Courtroom 17, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA) and via Zoom on the United States Trustee's *Motion to Extend Time to File Motion or Complaint Under 11 U.S.C. §§ 707(b)(3) and 727 to June 9, 2026* (the "Motion").

You may participate in this hearing in-person or by Zoom. To attend in-person, you should arrive at Courtroom 17, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA, no later than the time set forth in this notice. To attend via Zoom, please consult the court's website,

which provides information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

The Motion is based upon this notice of hearing, documents filed in the case, and upon such evidence and argument that may be presented to the Court at the hearing on the Motion. You may obtain a copy of the Motion, supporting memorandum, evidence, and other documents from the Court's docket on the PACER system or by contacting the undersigned.

> **A RESPONSE, IF ANY, TO THE MOTION SHALL BE MADE IN WRITING AND SERVED UPON THE UNITED STATES TRUSTEE, AND FILED WITH THE BANKRUPTCY COURT, AT LEAST FOURTEEN (14) DAYS PRIOR TO THE HEARING DATE PURSUANT TO B.L.R. 9014-1(C)(1).**

Dated: February 9, 2026  PETER C. ANDERSON
  UNITED STATES TRUSTEE

  /s/ *Phillip J. Shine*
  Phillip J. Shine
  Trial Attorney for United States Trustee