PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN, MN SBN 310931
ASSISTANT UNITED STATES TRUSTEE
PHILLIP J. SHINE, CA SBN 318840
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
450 Golden Gate Ave., Rm. 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Telecopier: (415) 705-3379
Email: *Phillip.shine@usdoj.gov*

Attorneys for Peter C. Anderson
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>KAREN DC HAO,<br><br>                    Debtor. | Case No. 25-30906 DM<br><br>Chapter 7 |

### <u>OMNIBUS SUPPORTING DECLARATION OF IANTHE DEL ROSARIO</u>

I, Ianthe del Rosario, declare and state as follows:

1. I am a Paralegal Specialist for the United States Department of Justice, San Francisco, California Office of the United States Trustee (the "U.S. Trustee").

2. I prepared this Declaration in support of the U.S. Trustee's (i) *Application for Examination of Debtor Karen DC Hao and Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004*, and (ii) *Motion to Extend Time to File Motion or Complaint Under 11 U.S.C. §§ 707(b)(3) and 727 to June 9, 2026*, both of which were filed in the above-captioned case.

3. I have personal knowledge of the facts set forth herein. To the extent I base my testimony upon information and belief or upon admissible evidence other than my personal knowledge, I will specifically so state.

4. The U.S. Trustee is reviewing this case to confirm the identity of the debtor Karen DC Hao aka Karen DC Feng ("**Debtor**") and the accuracy of financial information Debtor provided in her Schedules, Statements, Section 341 Meeting of Creditors testimony, and other documents filed in federal and state court.

5. The U.S. Trustee has requested documents and information from the Social Security Administration and California Department of Motor Vehicles to establish Debtor's identity. The U.S. Trustee has not yet received responsive documents or information.

6. The U.S. Trustee appeared and asked Debtor questions at the Section 341 Meeting of Creditors on December 16, 2025. Later that day, the U.S. Trustee requested that Debtor provide available dates and times for a 2004 examination.

7. Debtor initially agreed to a 2004 examination and requested additional time to retain an attorney. However, when the U.S. Trustee followed up on January 8, 2026, Debtor responded: "I Will NOT Comply: I will NOT attend another meeting with you. I will NOT answer further questions. I will NOT subject myself to continued harassment."

8. The U.S. Trustee emailed Debtor February 7, 2026, to ask whether Debtor opposed or consented to an extension of time for causes under Sections 707(b) and 727(a). Debtor has not responded to that request.

//

//

//

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed in San Francisco, California on February 9, 2026.

                                            /s/ *Ianthe del Rosario*
                                            Ianthe del Rosario
                                            Paralegal Specialist
                                            for the United States Trustee