Form FIN2

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Karen DC Hao<br>aka Karen DC Feng<br>Debtor(s) | Case No.: 25–30906 DM 7<br>Chapter: 7 |
|---|---|---|

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATE OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

Each debtor did not file Debtor's Certificate of Completion of Instructional Course Concerning Personal Financial Management, (Interim Rule of Bankruptcy Procedure 1007(b)(7)). Pursuant to 11 U.S.C. § 727, the Certificate MUST BE FILED by each debtor before a discharge can be entered for that individual debtor.

Notice is hereby given that failure to file the Certificate within 45 days of this notice may result in the case being closed without an entry of a discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Certificate, the debtor(s) may be required to pay the full reopening fee due for filing the motion.

Dated: 2/10/26

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court
450 Golden Gate Avenue, 18th Fl.
Mail Box 36099
San Francisco, CA 94102