# UNITED STATES BANKRUPTCY COURT



FILED

FEB 1 0 2026

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re:

**KAREN DC HAO,**

aka Karen DC Feng,

Debtor.

Case No. 25-30906 DM 7

Chapter 7

BAP No. NC-26-1026

---

### APPELLANT'S DESIGNATION OF RECORD ON APPEAL,

### STATEMENT OF ISSUES ON APPEAL, AND

### NOTICE REGARDING TRANSCRIPTS

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)

---

Appellant Karen DC Hao, proceeding pro se, hereby files the following Designation of Record on Appeal, Statement of Issues on Appeal, and Notice Regarding Transcripts, pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1).

## I. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to FRBP 8009(a)(1)(A), Appellant designates the following items from the docket of Case No. 25-30906 for inclusion in the record on appeal:

1. Voluntary Petition for Chapter 7 Bankruptcy (Doc #1)

2. Schedules A/B, C, D, E/F, G, H, I, J and Summary of Schedules

3. Statement of Financial Affairs (Doc filed with petition)

4. Motion for Relief From Stay filed by Zhuo Dong Lin (Doc #27)

5. Declaration of Karen Der-Chen Feng re: identity theft (Doc #39)

6. Debtor's Response to Karen Der-Chen Feng's Identity Theft Claim (Doc #40)

7. Relief From Stay Cover Sheet (Doc #41)

8. Order Directing United States Trustee to Review Filings (Doc #42)

9. Debtor's Response to Order Directing Clarification of Social Security Number (Docs #44, #45, #48)

10. Proposed Document Filed Under Seal — Exhibit A (Doc #46)

11. Certificate of Service (Doc #47)

12. Second Motion for Relief From Stay filed by Zhuo Dong Lin (Doc #62)

13. Debtor's Opposition to Second Motion for Relief From Stay and Request for ADA Accommodations (Docs #65, #66, #67, #68, #69, #70, #71)

14. Minutes of January 15, 2026 Hearing — no appearance by debtor

15. Audio File of January 15, 2026 Hearing (Doc #72)

16. Emergency Motion to Vacate Entry on Default; Reconsider Motion for Relief From Stay; Request for Decision on Written Submissions; and Request for Continuance (Doc #73)

17. Proposed Order — FRBP 4001 (Doc #73, Attachment #1)

18. Proof of Service of Emergency Motion (Doc #74)

19. Order Granting Motion for Relief From Stay (Doc #75)

20. BNC Certificate of Mailing re: Doc #75 (Doc #76)

21. Notice of Appeal and Statement of Election (Doc #77)

22. Order Denying Emergency Motion to Vacate (Doc #78)

23. Service of Notice of Referral (Doc #79)

24. Service of Notice of Appeal (Doc #80)

25. BNC Certificates of Mailing (Docs #81, 82, 83)

26. Acknowledgment of Receipt by BAP (Doc #84)

27. Transmission of Notice of Appeal to BAP (Doc #85)

28. All docket entries kept by the Bankruptcy Clerk

29. All orders entered in this case from filing through date of this designation

## II. STATEMENT OF ISSUES ON APPEAL

Appellant presents the following issues for review by the Bankruptcy Appellate Panel:

1. WHETHER THE BANKRUPTCY COURT VIOLATED FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002(a) by failing to provide the Debtor mandatory notice of the January 15, 2026 hearing on the Motion for Relief From Stay.

2. WHETHER THE BANKRUPTCY COURT VIOLATED THE DEBTOR'S FIFTH AMENDMENT DUE PROCESS RIGHTS by granting the Motion for Relief From Stay without adequate notice or meaningful opportunity to be heard, despite the Debtor having filed a detailed Opposition, ADA accommodation requests, and emergency motion prior to entry of the order.

3. WHETHER THE ORDER GRANTING RELIEF FROM STAY IS VOID AB INITIO for failure to comply with mandatory notice provisions and for entering the order on the same day the Debtor filed an Emergency Motion to Vacate that was pending before the Court.

4. WHETHER THE BANKRUPTCY COURT ERRED IN DENYING THE EMERGENCY MOTION TO VACATE (Doc #78) without addressing the substantive arguments regarding notice failure, ADA violations, and due process deprivation raised therein.

5. WHETHER THE BANKRUPTCY COURT ABUSED ITS DISCRETION by ruling on the Motion for Relief From Stay when the Debtor, who has documented disabilities requiring ADA accommodations for remote/written-submission proceedings, was deprived of meaningful participation despite having filed ADA accommodation requests and a written opposition.

6. WHETHER THE BANKRUPTCY COURT VIOLATED THE AMERICANS WITH DISABILITIES ACT (42 U.S.C. § 12132) and Section 504 of the Rehabilitation Act by failing to provide reasonable accommodations to a debtor with documented disabilities.

7. WHETHER THE LIFTING OF THE AUTOMATIC STAY CAUSES IRREPARABLE HARM to a debtor with documented cardiac condition and disabilities, where eviction would result in homelessness and life-threatening medical emergency.

8. WHETHER EXCUSABLE NEGLECT EXISTS UNDER FRBP 8002(d) to permit a late-filed Notice of Appeal, where the late filing was caused by the Court's own electronic notification failures and the Debtor's documented inability to receive timely mail at her residence due to landlord obstruction.

## III. NOTICE REGARDING TRANSCRIPTS

Pursuant to Federal Rule of Bankruptcy Procedure 8009(b) and 9th Circuit BAP Rule 8009-1:

Appellant designates the audio recording of the January 15, 2026 hearing (Doc #72, Run Time: 00:02:32) for inclusion in the record.

Appellant states that the hearing lasted approximately 2 minutes and 32 seconds per the Court's audio file. Because the hearing was extremely brief and the audio file is already part of the docket, Appellant respectfully requests that the BAP accept the audio recording in lieu of a formal written transcript, or in the alternative, Appellant will arrange for transcription if ordered by the Court.

No other transcripts are necessary for this appeal.

## IV. CERTIFICATE OF SERVICE

I, Karen DC Hao, certify that on February 9, 2026, I served a true and correct copy of this Designation of Record on Appeal, Statement of Issues on Appeal, and Notice Regarding Transcripts on all parties of record by electronic mail:

Andrew R. Catterall, Esq.
Zacks & Freedman, P.C.
180 Montgomery Street, Suite 1950
San Francisco, CA 94104
**Email: ACatterall@zfplaw.com**

Mark B. Chernev, Esq.
**Email: mark@zulpc.com**

Paul J. Mansdorf, Chapter 7 Trustee
1569 Solano Ave. #703
Berkeley, CA 94707
**Email: paul@mansdorftrustee.com**

Office of the U.S. Trustee
450 Golden Gate Avenue, 5th Floor, #05-0153
San Francisco, CA 94102
**Email: USTPRegion17.SF.ECF@usdoj.gov**

Phillip John Shine, Assistant U.S. Trustee
280 South First Street, Suite 268
San Jose, CA 95113
**Email: phillip.shine@usdoj.gov**


DATED: **February 9, 2026**


**KAREN DC HAO**

Appellant, Pro Se

2142 22nd Avenue, Front Unit

San Francisco, CA 94116

karendchao@gmail.com

(415) 888-5198 (texts)


## Case No. 25-30906 (In re Karen Hao) — FRBP 8009 Designation of Record, Statement of Issues, and Notice Regarding Transcripts

1 message

**Karen Hao** <karendchao@gmail.com>                     Mon, Feb 9, 2026 at 5:04 AM
To: helpdesk@canb.uscourts.gov, scott@zfplaw.com, mark@zulpc.com, paul@mansdorftrustee.com,
USTPRegion17.SF.ECF@usdoj.gov, "Shine, Phillip (USTP)" <phillip.shine@usdoj.gov>
Cc: acatterall@zfplaw.com

Dear Clerk of Court,

RE: Case No. 25-30906 (In re Karen Hao) — BAP No. NC-26-1026

We are pro se appellants in the above-captioned case. We write to file the attached documents pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1):

For Case 25-30906 (Karen Hao):
— Appellant's Designation of Record on Appeal
— Statement of Issues on Appeal
— Notice Regarding Transcripts

REASON FOR EMAIL FILING: As a pro se debtor, Appellant does not have CM/ECF e-filing access. We are filing these documents by email today, February 9, 2026, and will deliver original signed hard copies to the Clerk's Office in person on February 10, 2026. We respectfully request these documents be docketed upon receipt of this email.

EXPLANATION OF TIMING: The Notice of Appeal was filed on January 20, 2026. The 14-day deadline under FRBP 8009(a)(1)(B) fell on or about February 3, 2026. This filing is a few days late because we did not receive the BAP's Opening Letters (mailed January 26, 2026) until approximately February 8, 2026, due to ongoing mail delivery problems at our residence. Our landlord — who is a party adverse to us in these cases — controls access to the building, and we have no proper mailbox. Mail is frequently left in the shared garage/laundry area days or weeks late. We discovered these letters in the garage on February 8, 2026. We are filing within one day of actual receipt, demonstrating maximum diligence.

We have also served copies on all parties of record by email, as reflected in the Certificate of Service attached to the document.
Please also note that Appellants filed today a Motion for Disqualification/Recusal of Judge Dennis Montali. To the extent that filing receives a docket number before the record is compiled, Appellants request it be included in the record on appeal as a supplemental designation under FRBP 8009(a)(3).

Original signed copies will be hand-delivered to:
Clerk of Court

United States Bankruptcy Court
Northern District of California
450 Golden Gate Avenue, 18th Floor
San Francisco, CA 94102

Thank you for your assistance.
Respectfully,
Karen DC Hao
Lilian Feng
Pro Se Appellants
2142 22nd Avenue, Front Unit
San Francisco, CA 94116
karendchao@gmail.com
(415) 888-5198 (texts)

**KH-APPELLANTS-DESIGNATION-OF-RECORD-ON-APPEAL-25-30906.pdf**
1267K

EXHIBIT LIST
1. Exhibit A — California DRE Public License Lookup ██████████ Broker License No ██████████
2. Exhibit B — MC-410 ADA Accommodation Request Forms and Superior Court Orders, Case No. CUD-25-679228
3. Exhibit C — ADA Accommodation Order, Case No. CUD-25-628811

# Exhibit A
California DRE Public License Lookup ██████
██████ Broker License No. ██████ )

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

In reviewing a licensee's information, please be aware that license discipline information may have been removed from a licensee's record pursuant to Business & Professions Code Section 10083.2 (c). However, discipline information may be available from the California Department of Real Estate upon submittal of a request, or by calling the Department's public information line at 1-877-373-4542.

The license information shown below represents public information. It will not reflect pending licensing changes which are being reviewed for subsequent updating. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.

Some historical disciplinary action documents may not be in compliance with certain accessibility functions. For assistance with these documents, please contact the Department's Licensing Flag Section.

License information taken from records of the Department of Real Estate on 1/17/2026 6:57:27 AM

| | |
|---|---|
| **License Type:** | BROKER |
| **Name:** | ███████ |
| **Mailing Address:** | ███████ |
| **License ID:** | ███████ |
| **Expiration Date:** | 03/17/27 |
| **License Status:** | LICENSED |
| **Broker License Issued:** | 03/18/83 (Unofficial -- taken from secondary records) |
| **Former Name(s):** | NO FORMER NAMES |
| **Main Office:** | ███████ |
| **DBA** | NO CURRENT DBAS |
| **Branches:** | NO CURRENT BRANCHES |
| **Affiliated Licensed Corporation(s):** | NO CURRENT AFFILIATED CORPORATIONS |
| **Comment:** | NO DISCIPLINARY ACTION |
| | NO OTHER PUBLIC COMMENTS |
| | >>>> Public information request complete <<<< |

# Exhibit B

MC-410 ADA Accommodation Request Forms and Superior Court Orders, Case No. CUD-25-679228

| **MC-410** | **Disability Accommodation Request** | **CONFIDENTIAL** |
|---|---|---|

If you have a disability and need an accommodation while you are at court, you can use this form to make your request. For more information, see form MC-410-INFO.



Clerk receives and date stamps here.

RECEIVED
JAN 3 0 2026

**5** Make this request at least **5 days** (when the court is open) before you need the accommodation.

## 1 Your information

Name: KAREN HAO

Address: 2142 22nd Avenue, Front Unit

SAN FRANCISCO, CA 94116

Phone: 415-888-5198 (texts)

Email: KARENDCHAO@GMAIL.COM

**Court Name and Address:**

SUPERIOR COURT OF CALIFORNIA SAN FRANCISCO
400 MCALLISTER STREET
SAN FRANCISCO, CA 94102

**Case Number (if you know it):**
CUD-25-679228

**Case Name/Type (if you know it):**
LIN v Hao, et al.

## 2 How are you involved in the case?
☐ Juror  ☑ Party  ☐ Witness  ☐ Lawyer
☐ Other (explain):

## 3 When and where do you need the accommodation? [date(s), time(s), and court location]

All hearings and proceedings for this case.
[All dates, times, and court locations for this case]

## 4 What accommodation do you need at the court?

Asynchronous proceedings – all matters decided on written papers per CCP §1005(b), no live appearance.

Date: JANUARY 30, 2026

KAREN HAO

Type or print name

Signature 

**(Optional)** If a court employee, caregiver or other person helped fill out this form and is **willing to provide more information if needed**, provide contact information below:

Name: _____  Email: _____  Phone: _____

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2021, Optional Form
Cal. Rules of Court, rule 1.100

**Disability Accommodation Request**

Case: 25-30906    Doc# 97    Filed: 02/10/26    Entered: 02/10/26 11:11:27    Page 12 of 22

**MC-410** | **Disability Accommodation Request**



**CONFIDENTIAL**

If you have a disability and need an accommodation while you are at court, you can use this form to make your request. For more information, see form MC-410-INFO.

**5** Make this request at least **5 days** (when the court is open) before you need the accommodation.

*Clerk receives and date stamps here.*

RECEIVED
JAN 3 0 2026

**Court Name and Address:**

SAN FRANCISCO
SUPERIOR COURT
400 MCALLISTER ST
SAN FRANCISCO, CA 94102

## 1 Your information

Name: LILIAN FENG

Address: 2142 22nd Avenue, Front Unit

SAN FRANCISCO, CA 94116

Phone: 415-888-5198 (TEXTS)

Email: KARENDCHAO@GMAIL.COM

**Case Number (if you know it):**
CUD-25-679228

**Case Name/Type (if you know it):**
Lin v Hao, et al.

## 2 How are you involved in the case?

☐ Juror  ☒ Party  ☐ Witness  ☐ Lawyer
☐ Other (explain):

## 3 When and where do you need the accommodation? [date(s), time(s), and court location]

All hearings and proceedings for this case.
[All dates, times, and court locations for this case]

## 4 What accommodation do you need at the court?

Asynchronous proceedings – all matters decided on written papers per CCP §1005(b), no live appearance.

## 5 Why do you need this accommodation to assist you in court?

[illegible obscured text]

Date: JANUARY 30, 2026

LILIAN FENG

Type or print name

Signature

**(Optional)** If a court employee, caregiver or other person helped fill out this form and is **willing to provide more information if needed**, provide contact information below:

Name:                    Email:                    Phone:

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2021, Optional Form
Cal. Rules of Court, rule 1.100

**Disability Accommodation Request**

MC-410, Page 1 of 2

→

| Name: | LILIAN FENG | Case Number (If you know it): |
| | | CUD-25-679228 |

‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ **Court fills out below** ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑

**(Optional)**
**Important!** If your case is delayed or dismissed after you make this request and you do not need the accommodation for the date you specified under 3, please contact the court at:

Phone: _____ Email: _____

☐ Your request is **GRANTED.** The court will provide the accommodation(s) requested.

☒ Your request is **DENIED IN WHOLE OR IN PART.** The denied portion of your request:

    ☐ Does not meet the requirements of <u>Cal. Rules of Court, rule 1.100</u>.

    ☐ Creates an undue financial or administrative burden for the court.

    ☒ Changes the basic nature of the court's service, program, or activity.

    Explain the reasons supporting the box(es) checked above:

_____
_____
_____

☒ **Instead**, the court will provide the following accommodation(s):
    _See Attached_
_____

**The court will provide the accommodation(s):**

☐ For the date(s) and time(s) requested      ☐ Indefinitely

☐ On date(s): _____

☒ More information on this decision is attached.

Date: ___2/1/2026___
**CHARLES F. HAINES**

_Charles F. Haines_ (signature)

Type or print name              Signature

The court responded in person, by phone, or mail/email on:   FEB 0 2 2026

**Note:** You may be able to ask for a review of this decision.
<u>Cal. Rules of Court, rule 1.100(g)</u> explains how to do this.

Rev. January 1, 2021

**Disability Accommodation Request**

MC-410, Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form |

| Clear this form |

CUD-25-679228

A. Lilian Feng is excused from in-person appearance for:

      1. Any law and motion hearings set in Department 501;

      2. Any discovery hearings set in Department 501;

      3. Any Ex-parte hearings in department 501;

      4. Trial call set in Department 501.

B. Lilina Feng may appear remotely. If proper notice of appearance for a law and motion hearing; discovery hearing; or ex-parte hearing is provided by the Plaintiff (for example if Plaintiff wishes to contest the tentative ruling or wishes to orally oppose an ex-parte application, etc.,) and Lilian Feng does not appear, the Court will proceed with the hearing/ex-parte. If tentative rulings are not contested, Lilian Feng is excused from appearance.

C. As to any other possible hearings and appearances in this action, a request for accommodation shall be made when such hearings/appearances are set. Such hearings and appearances include, but are not limited to, Mandatory Settlement Conference, Trial.

Name: KAREN HAO

Case Number (If you know it):
CUD-25-679228

**(Optional)**

(!) **Important!** If your case is delayed or dismissed after you make this request and you do not need the accommodation for the date you specified under 3, please contact the court at:

Phone: _____ Email: _____

☐ Your request is **GRANTED.** The court will provide the accommodation(s) requested.

☒ Your request is **DENIED IN WHOLE OR IN PART.** The denied portion of your request:

☒ Does not meet the requirements of <u>Cal. Rules of Court, rule 1.100.</u>

☐ Creates an undue financial or administrative burden for the court.

☒ Changes the basic nature of the court's service, program, or activity.

Explain the reasons supporting the box(es) checked above:

_____

_____

☒ **Instead,** the court will provide the following accommodation(s):

*See attached*

_____

**The court will provide the accommodation(s):**

☐ For the date(s) and time(s) requested    ☐ Indefinitely

☐ On date(s): _____

☒ More information on this decision is attached.

Date: _2/2/2026_

**CHARLES F. HAINES**

Type or print name

_Charles F. Haines_ (signature)

Signature

The court responded in person, by phone, or mail/email on: _FEB 0 2 2026_

**Note:** You may be able to ask for a review of this decision. <u>Cal. Rules of Court, rule 1.100(g)</u> explains how to do this.

Rev. January 1, 2021

**Disability Accommodation Request**

MC-410, Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form |    | Clear this form |

CUD-25-679228

A. Karen Hao is excused from in-person appearance for:

    1. Any law and motion hearings set in Department 501;

    2. Any discovery hearings set in Department 501;

    3. Any Ex-parte hearings in department 501;

    4. Trial call set in Department 501.

B. Karen Hao may appear remotely. If proper notice of appearance for a law and motion hearing; discovery hearing; or ex-parte hearing is provided by the Plaintiff (for example if Plaintiff wishes to contest the tentative ruling or wishes to orally oppose an ex-parte application, etc.,) and Karen Hao does not appear, the Court will proceed with the hearing/ex-parte. If tentative rulings are not contested, Karen Hao is excused from appearance.

C. As to any other possible hearings and appearances in this action, a request for accommodation shall be made when such hearings/appearances are set. Such hearings and appearances include, but are not limited to, Mandatory Settlement Conference, Trial.

# Exhibit C

ADA Accommodation Order, Case
No. CUD-25-628811

------- **Court fills out below** -------

**(Optional)**

⚠ **Important!** If your case is delayed or dismissed after you make this request and you do not need the accommodation for the date you specified under 3, please contact the court at:

Phone: _____ Email: _____

☐ Your request is **GRANTED.** The court will provide the accommodation(s) requested.

☒ Your request is **DENIED IN WHOLE OR IN PART.** The denied portion of your request:

   ☒ Does not meet the requirements of <u>Cal. Rules of Court, rule 1.100</u>.

   ☐ Creates an undue financial or administrative burden for the court.

   ☒ Changes the basic nature of the court's service, program, or activity.

Explain the reasons supporting the box(es) checked above:

_____
_____

☒ **Instead,** the court will provide the following accommodation(s):

*Ke attached*

_____
_____

**The court will provide the accommodation(s):**

☐ For the date(s) and time(s) requested    ☐ Indefinitely
☐ On date(s): _____

☒ More information on this decision is attached.

Date: __2/2/to 26__

**CHARLES F. HAINES**

Type or print name      Signature    *Charle J Haines*

The court responded in person, by phone, or mail/email on:   FEB 0 2 2026

**Note:** You may be able to ask for a review of this decision.
<u>Cal. Rules of Court, rule 1.100(g)</u> explains how to do this.

**Disability Accommodation Request**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form |

| Clear this form |

CGC-25-628811

A. Karen Hao is excused from in-person appearance for:

      1. Any law and motion hearings set in Department 501;

      2. Any Ex-parte hearings in department 501;

B. Karen Hao may appear remotely. If proper notice of appearance for a law and motion hearing or ex-parte hearing is provided by the Plaintiff (for example if Defendant wishes to contest the tentative ruling or wishes to orally oppose an ex-parte application, etc.,) and Karen Hao does not appear, the Court will proceed with the hearing/ex-parte. If tentative rulings are not contested, Karen Hao is excused from appearance.

C. As to any other possible hearings and appearances in this action, a request for accommodation shall be made when such hearings/appearances are set. Such hearings and appearances include, but are not limited to Discovery motions and ex-partes, Trial, etc.

| Name: | LILIAN FENG | Case Number (if you know it): CGC-25-628811 |

- - - - - - - - - - - - - **Court fills out below** - - - - - - - - - - - - -



**(Optional)**

**Important!** If your case is delayed or dismissed after you make this request and you do not need the accommodation for the date you specified under 3, please contact the court at:

Phone: _____ Email: _____

☐ Your request is **GRANTED.** The court will provide the accommodation(s) requested.

☑ Your request is **DENIED IN WHOLE OR IN PART.** The denied portion of your request:

    ☐ Does not meet the requirements of <u>Cal. Rules of Court, rule 1.100</u>.

    ☐ Creates an undue financial or administrative burden for the court.

    ☑ Changes the basic nature of the court's service, program, or activity.

    Explain the reasons supporting the box(es) checked above:

    _____

    _____

    ☑ **Instead,** the court will provide the following accommodation(s):

    _See attached_

    _____

**The court will provide the accommodation(s):**

☐ For the date(s) and time(s) requested     ☐ Indefinitely

☐ On date(s): _____

☑ More information on this decision is attached.

Date: _7/2/2026_

**CHARLES F. HAINES**

Type or print name        Signature _(signature)_

The court responded in person, by phone, or mail/email on:    **FEB 0 2 2026**

**Note:** You may be able to ask for a review of this decision. <u>Cal. Rules of Court, rule 1.100(g)</u> explains how to do this.

Rev. January 1, 2021

**Disability Accommodation Request**

MC-410, Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | | Clear this form |

CGC-25-628811

A. Lilian Feng is excused from in-person appearance for:

      1. Any law and motion hearings set in Department 501;

      2. Any Ex-parte hearings in department 501;

B. Lilian Feng may appear remotely. If proper notice of appearance for a law and motion hearing or ex-parte hearing is provided by the Plaintiff (for example if Defendant wishes to contest the tentative ruling or wishes to orally oppose an ex-parte application, etc.,) and Karen Hao does not appear, the Court will proceed with the hearing/ex-parte. If tentative rulings are not contested, Lilian Feng is excused from appearance.

C. As to any other possible hearings and appearances in this action, a request for accommodation shall be made when such hearings/appearances are set. Such hearings and appearances include, but are not limited to Discovery motions and ex-partes, Trial, etc.