

**Signed and Filed: February 10, 2026**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>KAREN DC HAO,<br>      Debtor.<br><br>*aka* KAREN DC FENG | ) Bankruptcy Case<br>) No. 25-30906-DM<br>)<br>) Chapter 7<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER DENYING REQUEST FOR RECUSAL

On February 9, 2026, Debtor Karen Hao filed a Motion for Recusal of Judge Dennis Montali (Dkt 90), Declaration of Karen Hao and Lilian Feng in Support of Debtor's Motion for Recusal of Judge Dennis Montali (Dkt 91), Notice of Disqualifying Conflict and Accompanying Affidavit Under 28 U.S.C. §§ 144 and 455 (Dkt 93), and Affidavit of Bias and Prejudice Under 28 U.S.C. § 144 (Dkt 94). The court takes those four documents together as a Request for Recusal under 28 U.S.C. § 455, the statute referred to in Fed. R. Bankr. P. 5004 as governing disqualification of bankruptcy judges. Other authorities or options cited by Debtor are either inapplicable or not appropriate for this court to address.

-1-

The only fact asserted and relevant to the Request for Recusal is that this bankruptcy judge's spouse holds a real estate broker's license issued by the California Department of Real Estate. Nothing beyond is alleged that fact, or known to this bankruptcy judge, that would justify recusal and require, as set forth in that rule, disqualification from presiding over a proceeding or contested matter in which a disqualifying circumstance arises or from presiding over the entire case.

The Request for Recusal is DENIED.

**\*\*\* END OF ORDER \*\*\***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Karen DC Hao |
| | 1929 Irving St |
| 3 | Ste 305 |
| | San Francisco, CA 94116 |
| 4 | |
| 5 | Karen DC Hao |
| | 2142 22nd Avenue (Front In-Law Unit) |
| 6 | San Francisco, CA 94116 |

-3-