Andrew R. Catterall (SBN 221089)
ZACKS & FREEDMAN, PC
180 Montgomery Street, Suite 1950
San Francisco, CA 94104
Tel: (415) 956-8100
Fax: (415) 288-9755
acatterall@zfplaw.com

Attorneys for Creditors,

ZHUO DONG LIN & RUI FEN HUANG
as Trustee of the LIN AND HUANG
REVOCABLE TRUST DATED
SEPTEMBER 14, 2023

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHUO DONG LIN & RUI FEN HUANG as Trustee of the LIN AND HUANG REVOCABLE TRUST DATED SEPTEMBER 14, 2023<br><br>Movants<br><br>v.<br><br>KAREN DC HAO aka KAREN DC FENG<br><br>Debtor<br><br>In re Karen DC Hao aka Karen DC Feng, Debtor, | Case No.: 25-30906<br><br>Chapter 7<br><br>EX PARTE APPLICATION FOR COMFORT ORDER CONFIRMING ABSENCE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(b)(22); MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ANDREW R. CATTERALL; PROPOSED ORDER<br><br>Courtroom:  (Hon. Dennis Montali)<br>Location:  450 Golden Gate Avenue<br>  16th Floor, Courtroom<br>  San Francisco, CA 94102<br><br>On an ex parte basis no hearing requested |

## I. Introduction

Movant ZHUO DONG LIN as Trustee of the LIN AND HUANG REVOCABLE TRUST DATED SEPTEMBER 14, 2023 seek a comfort order confirming the absence of the automatic stay as to their state-law remedies concerning 2142 22nd Avenue (Front in law), San Francisco, CA 94126, based on the Court's prior stay-relief Order and the exception under 11 U.S.C. § 362(b)(22).

## II. Jurisdiction

This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(G). The requested comfort order is sought pursuant to 11 U.S.C. § 362(b)(22), Federal Rule of Bankruptcy Procedure 4001, and the Court's inherent authority under 11 U.S.C. § 105(a)..

## III. Relevant Facts

The Court held a hearing on January 15, 2026 on Movants' motion for relief from stay and entered an Order on January 16, 2026 granting relief under § 362(d)(1) and (2) and waiving Rule 4001(a)(3).

## IV. Argument

A. Comfort Order Appropriate Following Stay Relief

A comfort order is appropriate to clarify for non-bankruptcy tribunals that no stay impedes Movants' actions, particularly where the Court has already granted relief and waived Rule 4001(a)(3). The existing Order establishes that the stay has been lifted as to Movants. The San Francisco Sheriff's Department has informed movants that they will not move forward with enforcing the judgment for possession against Debtor, without the court issuing this comfort order.

ZACKS & FREEDMAN, PC
180 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104

B. Independent Stay Exception under § 362(b)(22)

Additionally, Congress excepted from the automatic stay certain actions by a lessor to recover possession of residential property following prepetition judgment of possession. 11 U.S.C. § 362(b)(22). Movants seek an order confirming that § 362(b)(22) applies to their enforcement of the judgment and writ of possession stemming from the unlawful detainer proceedings, concerning 2142 22nd Avenue (Front in law), San Francisco, CA 94126, to avoid any confusion by the Sheriff.

Respectfully Submitted,

Dated: February 11, 2026

/s/ *Andrew R. Catterall*

By: Andrew R. Catterall
ZACKS & FREEDMAN, PC
Attorneys for Movant

**DECLARATION OF ANDREW R. CATTERALL**

I, Andrew R. Catterall, declare:

1. I am the attorney for Movant Zhuo Dong Lin, as Trustees of the Lin and Huang Revocable Trust dated September 14, 2023. I have personal knowledge of the facts set forth herein and if called could and would competently testify thereto.

2. On January 16, 2026, I obtained and reviewed the Court's Order granting Movants' motion for relief from stay and waiving the 14-day stay under Rule 4001(a)(3). The Order grants relief under § 362(d)(1) and (2) and waives the Rule 4001(a)(3) stay. A true and correct copy of the January 16, 2026 order is attached hereto as "**Exhibit 1**."

3. Prompt clarification is needed because state-court personnel and law enforcement often require a comfort order to proceed notwithstanding the bankruptcy filing. In this case, the legal counsel from San Francisco Sheriff's office informed me that they would not take any action in enforcing the writ of possession against debtor unless this court confirmed in an order that there was no stay in place.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 11, 2026 at San Francisco, California.

_____
Andrew R. Catterall

# EXHIBIT 1



Andrew R. Catterall (SBN 221089)
ZACKS & FREEDMAN, PC
180 Montgomery Street, Suite 1950
San Francisco, CA 94104
Tel: (415) 956-8100
Fax: (415) 288-9755
acatterall@zfplaw.com

Attorneys for Creditors,
ZHUO DONG LIN & RUI FEN HUANG
as Trustees of the LIN AND HUANG
REVOCABLE TRUST DATED
SEPTEMBER 14, 2023

**Signed and Filed: January 16, 2026**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>KAREN DC HAO AKA KAREN DC FENG,<br><br>    Debtor. | Case No.: 25-30906<br><br>Chapter 7 |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

This matter came before the Court on January 15, 2026 for hearing on Movants ZHUO DONG LIN & RUI FEN HUANG, as Trustees of the LIN AND HUANG REVOCABLE TRUST DATED SEPTEMBER 14, 2023's motion for an order granting relief from stay imposed by section 362(a) of the Bankruptcy code (the "Motion").[1]  Appearances were noted on the record.  Upon consideration, and for the reasons stated on the record, the Court hereby **ORDERS** as follows:

**1.** The Motion for relief from stay is hereby **GRANTED** pursuant to sections 362(d)(1) and (2).  The fourteen-day stay under Rule 4001(a)(3) is **WAIVED.**

**\*\*END OF ORDER\*\***

---

[1] Unless otherwise noted, all statutory citations shall refer to Title 11 of the United States Code, 11 U.S.C. § 101, et seq., and all citations to rules shall refer to the Federal Rules of Bankruptcy Procedure.

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | Karen DC Hao aka Karen DC Feng |
| 4 | 2142 22nd Avenue, Front In Law Unit San Francisco, CA 94116 |
| 5 | Karen DC Hao aka Karen DC Feng |
| 6 | 1929 Irving St Ste 305 |
| 7 | San Francisco, CA 94116 |