**Entered on Docket
February 18, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

```
Andrew R. Catterall (SBN 221089)
ZACKS & FREEDMAN, PC
180 Montgomery Street, Suite 1950
San Francisco, CA 94104
Tel: (415) 956-8100
Fax: (415) 288-9755

Attorneys for Movant,
ZHUO LIN
```

**CHANGES MADE BY COURT**

**Signed and Filed: February 18, 2026**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>KAREN DC HAO AKA KAREN DC FENG,<br><br>   Debtor. | Case No.: 25-30906<br><br>Chapter 7 |

### ORDER GRANTING EX PARTE APPLICATION FOR COMFORT ORDER CONFIRMING ABSENCE OF AUTOMATIC STAY

Upon consideration of the Ex Parte Application of Zhuo Dong Lin and Rui Fen Huang, as Trustees of the Lin and Huang Revocable Trust dated September 14, 2023 ("Movants"), and good cause appearing, IT IS **ORDERED**:

The Application is **GRANTED.**

The Court confirms that the automatic stay does not bar Movants from pursuing unlawful detainer judgment for possession and related state-law remedies with respect to the real property located at 2142 22nd Avenue (Front in law), San Francisco, CA, in light of the Court's prior Order granting relief from the automatic stay in this case.

The Court further confirms that, independently, the automatic stay does not apply pursuant to 11 U.S.C. § 362(b)(22) to Movants' prosecution of judgments for unlawful detainer obtained prepetition, as here, and Movants may proceed in accordance with applicable nonbankruptcy law.

This Order is without prejudice to any party's rights and defenses in the state-court proceeding, other than any assertion that the bankruptcy automatic stay bars Movants' actions. The fourteen-day stay under Federal Rule of Bankruptcy Procedure 4001(a)(3) is inapplicable to this comfort order, and this Order is effective immediately upon entry.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | KAREN DC HAO AKA KAREN DC FENG |
| 4 | 2142 22nd Avenue, Front in-law Unit San Francisco, CA 94116 |
| 5 | Karen DC Hao aka Karen DC Feng |
| 6 | 1929 Irving St Ste 305 |
| 7 | San Francisco, CA 94116 |