PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN, MN SBN 310931
ASSISTANT UNITED STATES TRUSTEE
PHILLIP J. SHINE, CA SBN 318840
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
450 Golden Gate Ave., Rm. 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Telecopier: (415) 705-3379
Email: *Phillip.shine@usdoj.gov*

Attorneys for Peter C. Anderson
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 25-30906 DM |
| KAREN DC HAO, | Chapter 7 |
| | Ex Parte |
| Debtor. | |

## NOTICE OF CONTINUED 2004 EXAMINATION

Peter C. Anderson, the United States Trustee for Region 17 ("**U.S. Trustee**"), by and through undersigned counsel, hereby files this *Notice of Continued 2004 Examination* ("2004 Exam") of debtor Karen DC Hao aka Karen DC Feng ("**Debtor**"). The U.S. Trustee represents as follows:

1. The U.S. Trustee filed an application requesting that Debtor produce documents by February 22, 2026, and attend a 2004 examination on February 24, 2026. Dkt. No. 86. The Court entered an order authorizing that relief. Dkt. No. 101.

2. Via email dated February 16, 2026, Debtor (and apparently also on behalf of Lilian Feng for a related bankruptcy) requested a 30-day continuance to allow time to respond to

document requests, seek counsel, and as an ADA accommodation. Debtor explained that a motion would be filed with the Court if the U.S. Trustee did not consent.

3. The U.S. Trustee responded via email the same day noting that Debtor has had more than 60 days' notice of impending 2004 examinations. The U.S. Trustee asked Debtor to explain any impairments and how her requests are a necessary accommodation (as opposed to a litigation tactic). The U.S. Trustee also asked Debtor to explain what specific document requires more time to produce and why. The U.S. Trustee expressed that a consensual continuance would not be given without this supplemental information.

4. Debtor did not respond to the U.S. Trustee's email, did not produce any documents by February 22, 2026, and did not appear for examination on February 24, 2026.

5. Debtor's 2004 examination was adjourned to March 10, 2026, at 10:00 a.m.

Dated: March 4, 2026                    PETER C. ANDERSON
                                         UNITED STATES TRUSTEE

                                         /s/ *Phillip J. Shine*
                                         Phillip J. Shine
                                         Trial Attorney for United States Trustee