Entered on Docket
March 16, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: March 16, 2026

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN, MN SBN 310931
ASSISTANT UNITED STATES TRUSTEE
PHILLIP J. SHINE, CA SBN 318840
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
450 Golden Gate Ave., Rm. 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Telecopier: (415) 705-3379
Email: *Phillip.shine@usdoj.gov*

Attorneys for Peter C. Anderson
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 25-30906 DM |
| KAREN DC HAO, | Chapter 7 |
| Debtor. | |

**ORDER GRANTING U.S. TRUSTEE'S MOTION TO**
**EXTEND TIME TO FILE MOTION OR COMPLAINT**
**UNDER 11 U.S.C. §§ 707(b)(3) AND 727 TO JUNE 9, 2026**

Upon consideration of the United States Trustee's *Motion to Extend Time to File Motion or Complaint Under 11 U.S.C. §§ 707(b)(3) and 727 to June 9, 2026* (the "**Motion**"), for the reasons stated at the hearing and considering the entire record of the case, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is granted and the the deadline for the U.S. Trustee to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 or motion to dismiss the case pursuant to 11 U.S.C. § 707(b) is extended to June 9, 2026.

***END OF ORDER***

**COURT MAILING LIST**

ECF Participants

Karen DC Hao
1929 Irving St
Ste 305
San Francisco, CA 94116

Karen DC Hao
2142 22nd Ave, Front Unit
San Francisco, CA 94116

Karen DC Hao
2086 18th Ave., Unit C,
San Francisco, CA 94116

Karen DC Hao
24 Bosworth St.,
San Francisco, CA 94112