Entered on Docket
March 16, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN, MN SBN 310931
ASSISTANT UNITED STATES TRUSTEE
PHILLIP J. SHINE, CA SBN 318840
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
450 Golden Gate Ave., Rm. 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Telecopier: (415) 705-3379
Email: Phillip.shine@usdoj.gov
```

Signed and Filed: March 16, 2026

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Attorneys for Peter C. Anderson
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re  ) | Case No. 25-30906 DM |
| KAREN DC HAO,  ) | Chapter 7 |
|   ) | |
|          Debtor.  ) | |

## ORDER GRANTING U.S. TRUSTEE'S APPLICATION FOR EXAMINATION OF KARENA APPLE FENG PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Upon consideration of the United States Trustee's *Application for Examination of Karena Apple Feng Pursuant to Federal Rule of Bankruptcy Procedure 2004* (the "**Application**"), and good cause appearing,

**IT IS HEREBY ORDERED** that the Application is granted.

**IT IS HEREBY FURTHER ORDERED** that the U.S. Trustee is authorized to examine Karena Apple Feng under oath and recorded by a court reporter, pursuant to Federal Rule of Bankruptcy Procedure 2004, via Zoom on March 17, 2026, at 1:00 P.M. The time of the examination may be rescheduled as may be agreed to in writing by the U.S. Trustee and Ms.

Apple Feng, and the Rule 2004 Examination may be continued by the U.S. Trustee until completed.

***END OF ORDER***

**COURT MAILING LIST**

ECF Participants

Karen DC Hao
1929 Irving St
Ste 305
San Francisco, CA 94116

Karen DC Hao
2142 22nd Ave, Front Unit
San Francisco, CA 94116

Karen DC Hao
2086 18th Ave., Unit C,
San Francisco, CA 94116

Karen DC Hao
24 Bosworth St.,
San Francisco, CA 94112