UNITED STATES BANKRUPTCY COURT

Northern District of California

In re:

      Debtor(s)

Bankruptcy No.:

R.S. No.:

Hearing Date:

Time:

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions.  Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property.  Utilize Section C as necessary.  If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)      Date Petition Filed: _____     Chapter: _____

           Prior hearings on this obligation: _____     Last Day to File §523/§727 Complaints: _____

(B)      Description of personal property collateral (e.g. 1983 Ford Taurus):

           Secured Creditor   [   ] or lessor [   ]

| | | |
|---|---|---|
| Fair market value: | $_____ | Source of value:_____ |
| Contract Balance: | $_____ | Pre-Petition Default: $_____ |
| Monthly Payment: | $_____ | No. of months: _____ |
| Insurance Advance: | $_____ | Post-Petition Default: $_____ |
| | | No. of months: _____ |

(C)      Description of real property collateral (e.g. Single family residence, Oakland, CA):

           Fair market value: $_____     Source of value:_____     If appraisal, date:_____

           Moving Party's position (first trust deed, second, abstract, etc.):

| | | |
|---|---|---|
| Approx. Bal. | $_____ | Pre-Petition Default: $_____ |
| As of (date): _____ | | No. of months: _____ |
| Mo. payment: | $_____ | Post-Petition Default: $_____ |
| Notice of Default (date): _____ | | No. of months: _____ |
| Notice of Trustee's Sale: _____ | | Advances Senior Liens: $_____ |

           Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $_____ | $_____ | $_____ |

(D)      Other pertinent information:

Dated: 

           /s/ Mary Liu

           _____

                    Signature

           _____

                Print or Type Name

           Attorney for_____

CANB Documents Northern District of California