Mary Liu, Esq. (SBN 349739)
maryliuesq@gmail.com
Law Office of Mary Liu
17588 Rowland Street, A186
City of Industry, CA 91748
Tel: (626) 810-3799

Attorney for Movant,
JIANJUN ZHOU

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE KAREN DC HAO aka KAREN DC FENG,<br><br>                    Debtor,<br><hr>JIANJUN ZHOU,<br><br>                    Movant,<br><br>                    v.<br><br>KAREN DC HAO aka KAREN DC FENG,<br><br>                    Respondent. | Case No. 25-30906<br><br>Chapter 7<br><br>**NOTICE OF HEARING RE: MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d)**<br><br><br>Date: April 23, 2026<br>Time: 9:30 AM<br>Location: Via Zoom |

NOTICE OF HEARING RE: MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d)   1

**PLEASE TAKE NOTICE** that a hearing will be held on April 23, 2026 at 9:30 AM before the Honorable Dennis Montali, on Movant JIANJUN ZHOU's ("Movant") Motion for Relief From Stay Pursuant to 11 U.S.C. § 362(d) (the "Motion).

The hearing will be conducted only via Zoom. The Court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Court's website.

The Motion is based upon this notice of hearing, documents filed in this case, and upon such evidence and argument that may be presented to the Court at the hearing on the Motion. You may obtain a copy of the Motion, supporting memorandum, evidence, and other documents from the Court's docket on the PACER system or by contacting the undersigned.

Dated: March 25, 2026                                    **LAW OFFICE OF MARY LIU**


                                             */s/ Mary Liu*
                                             Mary Liu, Esq.
                                             Attorney for Movant,
                                             JIANJUN ZHOU

NOTICE OF HEARING RE: MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d)                2

<u>**CERTIFICATE OF SERVICE**</u>
**UNITED STATES BANKRUPTCY COURT**
**Northern District of California, San Francisco**

I am over the age of 18 and not a party to the within action.  My business address is 17588 Rowland Street, Suite A186, City of Industry, CA 91748.

On March 25, 2026, I served the within **NOTICE OF HEARING RE: MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d)** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at City of Industry, California, to all parties entitled to receive regularly mailed notices, addressed as follows:

| |
|---|
| Karen DC Hao a.k.a. Karen DC Feng<br>1929 Irving Street, P.O. Box 305, San Francisco, CA 94116<br>24 Bosworth Street, San Francisco, CA, 94112<br>2086 18th Avenue, Unit C, San Francisco, CA, 94116<br>1929 Irving Street #305, San Francisco, CA, 94122<br><br>Debtor |

[X] **Via ECF**. The undersigned verifies that the foregoing document was served via ECF on March 25, 2026 to the below-listed person(s) and entities.

| | |
|---|---|
| Paul Mansdorf<br>paul@mansdorftrustee.com | Phillip John Shine<br>Phillip.shine@usdoj.gov |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed this 25th day of March 2026, in City of Industry, California.

By: _____*/s/ Mary Liu*_____
Mary Liu

NOTICE OF HEARING RE: MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d)   3